UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARL J. CANDELARIA,

                 Plaintiff,

-against-

ANDREW M. SAUL, Commissioner of Social Security,

                 Defendant.
-----------------------------------------------------------X

18 CIVIL 11261 (JMF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 2, 2020, the Report and Recommendation is ADOPTED in its entirety, the Commissioner's motion is denied, Plaintiff's motion is granted as to the ALJ's failure to develop the record related to Plaintiff's liver condition, and the case is remanded to the Social Security Administration for further proceedings. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
         March 2, 2020

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**
                BY:
                                              **Deputy Clerk**